**Form ffin13**  (Revised 02/2026)

## United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number:  26–20297                                    Chapter:  13

In re:

Laura M Horton

501 S 4th St
Apt A8
Kansas City, KS 66111

SSN: xxx–xx–5150

| |
|---|
| **Filed and Entered By The Court** |
| **3/5/26** |
| **David D. Zimmerman** <br> **Clerk of Court** <br> **US Bankruptcy Court** |

### ORDER GRANTING APPLICATION TO PAY FILING FEES IN INSTALLMENTS COMBINED WITH NOTICE COURT MAY DISMISS CASE IN THE EVENT OF NONPAYMENT OF FEES AS ORDERED

The application of debtor(s) to pay filing fee and/or administrative fee in installments is before the Court.

IT IS ORDERED that the debtor(s) pay the combined filing fee and administrative fee of $313.00 in no more than four (4) monthly installments:

First payment of $90 or more is due by April 3, 2026
Second payment of $90 or more is due by May 4, 2026
Third payment of $90 or more is due by June 2, 2026
Final payment is due by July 2, 2026, and must pay the remaining balance.

IT IS FURTHER ORDERED that all payments be made at the office of the Clerk of the U. S. Bankruptcy Court. All payments must be made in the form of cash or money order. No personal checks are accepted.

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IT IS FURTHER ORDERED that a copy hereof be served upon the debtor(s) and the debtor(s)' attorney (if represented) as notice pursuant to Fed. R. Bankr. P. 1017(b)(1), **and that if the fees have not been paid within the period set out above this case may be dismissed without further notice.**

Document 9 – 3

s/  Robert D. Berger
Judge, United States Bankruptcy Court