**Form odefo** (Revised 06/2017)

**United States Bankruptcy Court – District of Kansas**
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number:  26–20297                                    Chapter:  13

In re:

Laura M Horton
501 S 4th St
Apt A8
Kansas City, KS 66111

SSN: xxx–xx–5150

<table>
<tr><td></td><td>
<strong>Filed and<br>Entered By The Court</strong><br>
<strong>3/6/26</strong><br>
<strong>David D. Zimmerman</strong><br>
<strong>Clerk of Court</strong><br>
<strong>US Bankruptcy Court</strong>
</td></tr>
</table>

**ORDER TO CORRECT DEFECTIVE DOCUMENT(S)**

The following document was filed in this matter and is defective for the following reason(s):

***Doc. 3*** – Application to Pay Filing Fee in Installments. Filed on behalf of Debtor Laura M Horton, with Certificate of Service.(Trusdale, Luke)

**Application to Pay Filing Fee in Installments has the incorrect amount. Filing Fee is not 0.00.**

The Court will take no further action and no hearing will be scheduled until the filer corrects the above–described deficiency.

The filer is ordered to correct all deficiencies listed above within fourteen (14) days of the date of this order. Failure to timely comply will result in this matter being set on the Court's show cause docket or denied, in the Court's sole discretion, without further notice.

It is so ORDERED.

Document 13 – 3

s/  Robert D. Berger
Judge, United States Bankruptcy Court

# Notice Recipients

District/Off: 1083–2          User: admin              Date Created: 3/6/2026
Case: 26–20297               Form ID: odefo           Total: 1


**Recipients of Notice of Electronic Filing:**
aty          Luke T Trusdale          trusdale@wagonergroup.com

TOTAL: 1