**Form ffin13** (Revised 02/2026)

**United States Bankruptcy Court – District of Kansas**
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 26–20297                              Chapter: 13

In re:

Laura M Horton

501 S 4th St
Apt A8
Kansas City, KS 66111

SSN: xxx–xx–5150

| | |
|---|---|
| **ORDER GRANTING APPLICATION TO PAY FILING FEES IN INSTALLMENTS COMBINED WITH NOTICE COURT MAY DISMISS CASE IN THE EVENT OF NONPAYMENT OF FEES AS ORDERED** | **Filed and Entered By The Court**<br>**3/5/26**<br>**David D. Zimmerman**<br>**Clerk of Court**<br>**US Bankruptcy Court** |

The application of debtor(s) to pay filing fee and/or administrative fee in installments is before the Court.

IT IS ORDERED that the debtor(s) pay the combined filing fee and administrative fee of $313.00 in no more than four (4) monthly installments:

First payment of $90 or more is due by April 3, 2026
Second payment of $90 or more is due by May 4, 2026
Third payment of $90 or more is due by June 2, 2026
Final payment is due by July 2, 2026, and must pay the remaining balance.

IT IS FURTHER ORDERED that all payments be made at the office of the Clerk of the U. S. Bankruptcy Court. All payments must be made in the form of cash or money order. No personal checks are accepted.

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IT IS FURTHER ORDERED that a copy hereof be served upon the debtor(s) and the debtor(s)' attorney (if represented) as notice pursuant to Fed. R. Bankr. P. 1017(b)(1), **and that if the fees have not been paid within the period set out above this case may be dismissed without further notice.**

Document 9 – 3

s/   Robert D. Berger
Judge, United States Bankruptcy Court

United States Bankruptcy Court

District of Kansas

In re:

Laura M Horton

     Debtor

Case No. 26-20297-RDB

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1083-2

Date Rcvd: Mar 05, 2026

User: admin

Form ID: ffin13

Page 1 of 1

Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Laura M Horton, 501 S 4th St, Apt A8, Kansas City, KS 66111-1367 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Luke T Trusdale | |
| | on behalf of Debtor Laura M Horton trusdale@wagonergroup.com |
| | trusdale@wagonergroup.com,bankruptcy@wagonergroup.com,wmlecf@gmail.com,Trusdale.LukeR52985@notify.bestcase.com |
| U.S. Trustee | |
| | ustpregion20.wi.ecf@usdoj.gov |
| William H Griffin | |
| | inquiries@13trusteekc.com |

TOTAL: 3